UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| BETH WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, individually and dba Progressive, Progressive Insurance and Progressive.com, DOES 1 to 25,<br><br>    Defendant. | No. 2:16-cv-01875-SB<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING JURY TRIAL SCHEDULING ORDER** |

    Before the Court is the parties' Stipulation Regarding Jury Trial Scheduling Order, ECF No. 22. Having reviewed the submissions of the parties, the Court finds good cause to **grant** the motion and **amend** the schedule for jury trial in this matter.

//
//
//I
//
//
//

**ORDER GRANTING STIPULATED MOTION REGARDING JURY TRIAL SCHEDULING ORDER** + 1

Accordingly, **IT IS ORDERED:**

1. The Parties' Stipulated Motion Regarding Jury Trial Scheduling Order, ECF No. 22, is **GRANTED**.

2. The following Jury Trial Scheduling Order, ECF No. 20, is **amended** as follows:

. . .

**7. Expert Disclosures.**

A. *Initial Expert Disclosures*. Each Party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **June 22, 2017**. Each Party shall also provide dates for which those experts can be available for deposition.

B. *Rebuttal Expert Disclosures*. Each Party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **July 21, 2017**. Each Party shall also provide dates for which those experts can be available for deposition.

. . .

3. All other deadlines **shall** remain in place.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 6th day of February, 2017.

_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION REGARDING JURY TRIAL SCHEDULING ORDER** + 2