UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| BETH WHEELER,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, individually and dba Progressive, Progressive Insurance and Progressive.com; PROGRESSIVE CASUALTY INSURANCE COMPANY, a corporation; and DOES 1 to 25,<br><br>     Defendant. | No. 2:16-cv-01875-SB<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING JURY TRIAL SCHEDULING ORDER** |

Before the Court is the parties' Second Stipulation and Order Regarding Jury Trial Scheduling Order, ECF No. 31. The parties request limited extensions of expert deadlines and discovery deadline due to the addition of Defendant Progressive Casualty Insurance Company as a party. Having reviewed the submissions of the parties, the Court finds good cause to grant the motion and amend the schedule for jury trial in this matter.

//

//

**ORDER GRANTING STIPULATED MOTION REGARDING JURY TRIAL SCHEDULING ORDER** + 1

Accordingly, **IT IS ORDERED:**

1. The Parties' Stipulated Motion Regarding Jury Trial Scheduling Order, ECF No. 31, is **GRANTED**.

2. The following Jury Trial Scheduling Order, ECF No. 20, is **amended** as follows:

. . .

**7. Expert Disclosures.**

A. *Initial Expert Disclosures*. Each Party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **September 4, 2017**. Each Party shall also provide dates for which those experts can be available for deposition.

B. *Rebuttal Expert Disclosures*. Each Party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **September 25, 2017**. Each Party shall also provide dates for which those experts can be available for deposition.

. . .

**8. Discovery.**

A. *Discovery Deadline*. All discovery shall be completed on or before **October 20, 2017**.

. . .

3. All other deadlines **shall** remain in place.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 8th day of June, 2017.

Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION REGARDING JURY TRIAL SCHEDULING ORDER** + 2