UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| BETH WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, individually and dba Progressive, Progressive Insurance and Progressive.com; PROGRESSIVE CASUALTY INSURANCE COMPANY, a corporation; and DOES 1 to 25,<br><br>    Defendant. | No. 2:16-cv-01875-SB<br><br>**ORDER AMENDING JURY TRIAL SCHEDULING ORDER** |

    Before the Court is the parties' Third Stipulation and Order Regarding Jury Trial Scheduling Order, ECF No. 33. The parties request extensions of deadlines in order to accommodate defense counsel's anticipated jury trial in another matter, Plaintiff's counsel's vacation schedule, and an ongoing discovery dispute. Having reviewed the submissions of the parties, the Court finds good cause to grant the motion and amend the schedule for jury trial in this matter.

//

//

**ORDER AMENDING JURY TRIAL SCHEDULING ORDER** + 1

Accordingly, **IT IS ORDERED:**

1. The Parties' Third Stipulated Motion Regarding Jury Trial Scheduling Order, ECF No. 33, is **GRANTED**.

2. The following Jury Trial Scheduling Order, ECF No. 32, is **amended** as follows:

. . .

**7. Expert Disclosures.**

A. *Initial Expert Disclosures*. Each Party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **September 22, 2017**. Each Party shall also provide dates for which those experts can be available for deposition.

B. *Rebuttal Expert Disclosures*. Each Party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **October 10, 2017**. Each Party shall also provide dates for which those experts can be available for deposition.

C. *Modifications*. The parties may modify the deadline for exchange of expert disclosures by joint stipulation filed with the court; a motion is not required.

**8. Discovery.**

A. *Discovery Deadline*. All discovery shall be completed on or before **October 20, 2017**.

B. *Responses*. To be timely, discovery requests must be served sufficiently in advance of the deadline to allow for timely response by the cutoff date.

C. *Necessity*. The parties shall file no discovery except as necessary to support motions or objections.

D. *Discovery Conferences*. To avoid wasted time and expense, Counsel may contact chambers to schedule a telephonic conference to obtain an expedited

ruling on discovery disputes. Prior to the conference, each party may submit to the Court a one page summary explaining the discovery dispute.

## MOTION DEADLINES

. . .

**11. Dispositive Motions.** All dispositive motions shall be filed and served on or before **September 6, 2017**.

**12. Motions** *in Limine*.

    A. *Motions* in Limine: shall be filed and served on or before **November 27, 2017**.

    B. *Responses*: shall be filed and served on or before **December 11, 2017**.

    C. *Replies*: shall be filed and served on or before **December 15, 2017**.

    D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**13. Exhibit and Witness Lists.**

    A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **December 15, 2017**.

    B. *Identification*: The witness list shall include identification of each witness's testimony.

    C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

//

//

**ORDER AMENDING JURY TRIAL SCHEDULING ORDER** + 3

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **December 18, 2017**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **December 18, 2017**.

**14. Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **December 18, 2017**.

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**15. Designation of Testimony.**

A. *Substantive*: Designation of substantive, as opposed to impeachment, deposition testimony shall be by highlighting and shall be served upon opposing counsel, but not filed, on or before **November 24, 2017**.

B. *Cross-Designation*: Cross-designations by highlighting in a different color shall be served, but not filed, on or before **December 15, 2017**.

C. *Objections*: Objections to any designated deposition testimony shall be filed and served on or before **December 18, 2017**, and shall be heard and resolved at the pretrial conference.

D. *Service to the Court*: Copies of designations to which there are objections shall be provided to the Court on or before **December 18, 2017**.

. . .

**ORDER AMENDING JURY TRIAL SCHEDULING ORDER** + 4

3. All other deadlines **shall** remain in place.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 24th day of August, 2017.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER AMENDING JURY TRIAL SCHEDULING ORDER** + 5