UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, individually and d/b/a Progressive, Progressive Insurance, and Progressive.com; DOES 1 to 15,<br><br>    Defendant. | No. 2:16-cv-01875-SB<br><br>**ORDER** |

    The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED:**

    1. That within thirty days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

    2. All deadlines are **VACATED** and any pending motions are **DENIED as moot**. The jury trial set for January 8, 2018, is **VACATED**.

//
//
//
//

**ORDER** + 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 5th day of September 2017.

*[signature]*
Stanley A. Bastian
United States District Judge

**ORDER** + 2