UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, individually and dba Progressive, Progressive Insurance and Progressive.com; DOES 1 to 25,<br><br>    Defendants. | No. 2:16-cv-01875-SB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The parties have filed a Stipulation for Dismissal of Entire Action With Prejudice, ECF No. 37. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the above-captioned case is dismissed with prejudice and without costs or attorneys' fees to any party.

//
//
//
//
//
//
//

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Parties' Stipulation for Dismissal of Entire Action With Prejudice, ECF No. 37, is **GRANTED** and **ENTERED** into the record.

2. The above-captioned case is **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 19th day of September 2017.

_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** + 2